# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| ERIN WEBER, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) Case No. 4:22-cv-00757-BP |
| GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, | ) |
| Defendant. | ) |

## CLERK'S ORDER OF DISMISSAL

On the 31st day of May 2023, the parties herein having filed a Stipulation of Dismissal With Prejudice,

IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice against Defendant Guardian Life Insurance Company of America Each party to bear its own costs.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Shauna Murphy-Carr**
Deputy Clerk

Date: June 5, 2023